**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 1:14-cv-00293

POWERSECURE, INC., and
EFFICIENTLIGHTS, LLC,

      Plaintiffs,

v.

MARK WARWICK

      Defendant.

---

**CORPORATE DISCLOSURE STATEMENT**
**OF POWERSECURE, INC. AND EFFICIENTLIGHTS, LLC**

---

Plaintiffs, PowerSecure, Inc. and EfficientLights, LLC, by and through the undersigned counsel, hereby file their Corporate Disclosure Statement, as required by Fed. R. Civ. P. 7.1.

Plaintiffs make the following disclosures:

    1.    PowerSecure International, Inc., a publicly held, Delaware corporation, is the parent of both PowerSecure, Inc. and EfficientLights, LLC.

    2.    PowerSecure International, Inc. owns 10% or more of the outstanding shares of PowerSecure, Inc.

    3.    PowerSecure, Inc. owns 100% of the membership interests of EfficientLights, LLC.

This the 2nd day of February, 2014.

                                                                                    s/ J. Kellam Warren  
                                                                                    J. Kellam Warren  
MAINSAIL LAWYERS  
1340 Environ Way  
Chapel Hill, NC 27517  
Telephone: (919) 238-4088  
FAX: (888) 501-9309  
E-mail: kwarren@mainsaillawyers.com

Patrick R. Scully  
Elizabeth B. Chilcoat  
SHERMAN & HOWARD L.L.C.  
633 17th Street, Suite 3000  
Denver, CO 80202  
Telephone:  (303) 297-2900  
FAX:  (303) 298-0940  
Email:  pscully@shermanhoward.com  
          echilcoat@shermanhoward.com

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2nd, 2014, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT OF POWERSECURE, INC. and EFFICIENTLIGHTS,** LLC was served on the Defendant by being deposited for delivery in the U.S. Mail, addressed as follows:

> Mark Warwick
> 15100 Quandary Peak
> Pine, Colorado 80470

> Respectfully Submitted,

> s/ J. Kellam Warren
> J. Kellam Warren
> MAINSAIL LAWYERS
> 1340 Environ Way
> Chapel Hill, NC 27517
> Telephone: (919) 238-4088
> FAX: (888) 501-9309
> E-mail: kwarren@mainsaillawyers.com