**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 14-cv-0293-WJM-CBS

POWERSECURE, INC., and
EFFICIENTLIGHTS, LLC

      Plaintiffs,

v.

MARK WARWICK,

      Defendant.

---

**ORDER GRANTING STIPULATION FOR ENTRY OF CONSENT ORDER AND FOR DISMISSAL WITH OUT PREJUDICE**

---

This matter is before the Court on the Parties' Stipulation for Entry of Consent Order and For Dismissal Without Prejudice, filed April 2, 2014 (ECF No. 25). The Court having reviewed the Stipulation and being fully advised hereby ORDERS as follows:

The Parties' Stipulation is GRANTED. The Consent Order attached shall made an Order of this Court dated April 2, 2014. The above-captioned matter is hereby DISMISSED WITHOUT PREJUDICE. Each party shall pay her or its own attorney's fees and costs.

Dated this 7th day of April, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge